## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 224-1 | **DATE** | 3/19/2008 |
| **CASE TITLE** | USA vs. Arturo Acosta | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 3/19/08. The defendant is informed of his rights. Enter order appointing Jerry Bishof as counsel for defendant. Detention hearing and Preliminary examination set for 3/26/08 at 10:30 a.m. The defendant is ordered detained until further order of Court.. The Government's Oral Motion to Unseal Complaint, Affidavit, Arrest Warrant is granted.

No notices required

| | Courtroom Deputy | AC |
|---|---|---|