# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

Arturo Acosta                                                 08 CR 224

                                                              08CR224

FILED
3-19-2008
MAR 1 9 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| **NAME (Type or print)** | |
| Jerry Bischoff | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ J B | |
| **FIRM** | |
| Law Office of Jerry Bischoff | |
| **STREET ADDRESS** | |
| 35 E. Wacker Dr Ste 650 | |
| **CITY/STATE/ZIP** | |
| Chicago Illinois 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** |
| 6197011 | (312) 853-2167 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |