## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 224-1 | **DATE** | 3/26/2008 |
| **CASE TITLE** | USA vs. Arturo Acosta | | |

**DOCKET ENTRY TEXT**

The Defendant waives his right to a preliminary examination. Enter a Finding of Probable Cause. The Defendant is ordered Bound to the District Court for further proceedings. Detention hearing held. The Defendant is ordered released. *AK*

Docketing to mail notices.

00:12

| | Courtroom Deputy Initials: | AC |
|---|---|---|