UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

APR 17 2008  T.C

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 224 |
| v. | ) | |
| | ) | Violation: Title 21, United States Code, |
| ARTURO ACOSTA, a/k/a "Ice Cream," | ) | Section 841(a)(1) and Title 18, United |
| a/k/a "Creme" | ) | States Code, Section 2 |

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE KEYS**

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

On or about July 18, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, ARTURO ACOSTA, a/k/a "Ice Cream," a/k/a "Creme," defendant herein, knowingly and intentionally possessed with intent to distribute and distributed a controlled substance, namely, five grams or more of a mixture and substance containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY