08CR 224  05 GJ 356

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 CR 0224 | DATE | APRIL 17, 2008 |
| CASE TITLE | US v. ARTURO ACOSTA | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

SPECIAL FEBRUARY 2008-2

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in Open Court this date before

Judge or Magistrate Judge _Maria Valdez_

Docket Entry:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE.

**JUDGE DER-YEGHIAYAN**

**MAGISTRATE JUDGE KEYS**

**FILED**
APR 1 7 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE        (ONLY IF FILED
OR MAGISTRATE JUDGE         UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #