## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

UNITED STATES OF AMERICA
                     Plaintiff,

v.                                       Case No.: 1:08–cr–00224
                                       Honorable Samuel Der–Yeghiayan

Arturo Acosta
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan as to Defendant Arturo Acosta: Defendant's request to continue arraignment and plea from 04/24/08 at 10:00 a.m. to 04/24/08 at 9:30 a.m. is granted. Arraignment and plea reset to 04/24/08 at 9:30 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.