## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 224 | **DATE** | 4/24/2008 |
| **CASE TITLE** | USA vs. Arturo Acosta | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant pleads not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 05/01/08. Pretrial motions to be filed by 05/08/08. Responses to the pretrial motions are to be filed by 05/15/08. Status hearing set for 05/22/08 at 9:30 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 05/22/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. Conditions of release set by the Magistrate Judge to stand.     (X-T)

Docketing to mail notices.

00:35

| | Courtroom Deputy Initials: | maw |
|---|---|---|