IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 08 CR 224 |
| | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| | ) | |
| ARTURO ACOSTA | ) | |
| | ) | |

## MOTION FOR EARLY RETURN OF TRIAL SUBPOENA

Defendant, **ARTURO ACOSTA**, by his attorney, **JERRY BISCHOFF,** respectfully moves this Court, pursuant to Rule 17 of the Federal Rules of Criminal Procedure, for entry of its Order setting a date for early return of trial subpoenas to be issued by Defendants in this case.

Respectfully submitted,

/s/ Jerry Bischoff
**JERRY BISCHOFF,** Attorney for Defendant.

**JERRY BISCHOFF**
Attorney for ARTURO ACOSTA
35 East Wacker Drive, Suite 650
Chicago, Illinois 60601
(312) 853-2167

**CERTIFICATE OF SERVICE**

      I hereby certify that foregoing Defendant ARTURO ACOSTA's **MOTION FOR EARLY RETURN OF TRIAL SUBPOENA** was served on May 8, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                       **s/ Jerry Bischoff**
                       **JERRY BISCHOFF**
                       35 East Wacker Drive, Suite 650
                       Chicago, Illinois 60601
                       (312) 853-2167