# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 224 - 1 | **DATE** | 8/7/2008 |
| **CASE TITLE** | USA vs. Arturo Acosta | | |

**DOCKET ENTRY TEXT**

Defendant's request to modify his Conditions of Release to allow him to travel to Puerto Rico or Miami from August 16, 2008 through August 23, 2008 for a family vacation is granted without objection. Prior to leaving, Defendant shall provide his Pretrial Services Officer with a detailed itinerary, including phone numbers where the Defendant may be contacted, as well as any other requested information by the Pretrial Services Officer.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|